IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DANNY JURLS                                                                                        PLAINTIFF

v.                              Case No. 1:23-cv-01069

MANHATTAN LIFE ASSURANCE
COMPANY OF AMERICA                                                    DEFENDANT

## ORDER

Before the Court is Stuart P. Miller's Motion to Withdraw Lindsey C. Vechik as counsel of record for Defendant. ECF No. 14. No response is necessary.

Mr. Miller states that "Lindsey C. Vechik, former associate at Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., left the firm to take an in-house corporate counsel position." *Id.* Defendant will continue to be represented by Stuart P. Miller and Colt D. Galloway.

The Court finds good cause for the motion (ECF No. 14), which is hereby **GRANTED**. Lindsey C. Vechik is hereby relieved as counsel of record for Defendant, who will continue to be represented by Stuart P. Miller and Colt D. Galloway. The Clerk of Court is **DIRECTED** to remove Lindsey C. Vechik as attorney of record for Defendant and remove her from the list of attorneys who receive notice in this case.

**IT IS SO ORDERED**, this 23rd day of April, 2024.

                                                          /s/ Susan O. Hickey
                                                          Susan O. Hickey
                                                          Chief United States District Judge