IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DANNY JURLS                                                                                              PLAINTIFF

v.                                       Case No. 1:23-cv-01069

MANHATTAN LIFE ASSURANCE
COMPANY OF AMERICA                                                                          DEFENDANT

## ORDER

Before the Court is Plaintiff's Motion to Dismiss with Prejudice. ECF No. 19. The Court finds the matter ripe for consideration.

On July 12, 2024, Plaintiff filed the instant Motion. *Id*. Plaintiff states "that the matter between Plaintiff and Defendant has been amicably settled" and that "[a]ll of Plaintiff's claims should be dismissed with prejudice against Defendant with costs of court to be borne by the party incurring same." *Id*. Defendant has not responded to the motion and the time to do so has passed. *See* Local Rule 7.2. "[A]n action may be dismissed at the plaintiff's request only by court order." Fed. R. Civ. P. 41(a)(2).

Upon consideration, the Court finds that Plaintiff's Motion to Dismiss with Prejudice (ECF No. 19) should be and hereby is **GRANTED**. This case is hereby **DISMISSED WITH PREJUDICE**. If any party desires that the terms of settlement be a part of the record, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this Judgment. The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 29th day of July, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge